IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD.

Plaintiffs,

v.

LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., WATSON LABORATORIES, INC., APOTEX INC., and APOTEX CORP.,

Defendants.

Civil Action No. 2:13-cv-121

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

Plaintiffs G.D. Searle LLC and Pfizer Asia Pacific Pte. Ltd., by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's June 17, 2013 Rule 16 Scheduling Order, move this Court for the entry of summary judgment against defendants Lupin Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals Inc., Apotex Inc. and Apotex Corp., and Watson Laboratories, Inc. on the issue of infringement. The grounds and authorities in support of this motion are set forth in the Memorandum In Support of Plaintiffs' Motion For Summary Judgment of Infringement and in the accompanying declarations and exhibits filed therewith.

Dated: November 22, 2013

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com

Aaron Stiefel (*pro hac vice*)
Daniel P. DiNapoli (*pro hac vice*)
Daniel Reisner (*pro hac vice*)
Soumitra Deka (*pro hac vice*)
Abigail Langsam (*pro hac vice*)
Jeffrey T. Martin (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
aaron.stiefel@kayescholer.com
daniel.dinapoli@kayescholer.com
daniel.reisner@kayescholer.com
soumitra.deka@kayescholer.com
abigail.langsam@kayescholer.com
jeffrey.martin@kayescholer.com

*Attorneys for Plaintiffs G.D. Searle LLC and Pfizer Asia Pacific Pte. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to:

Gregory N. Stillman
Virginia State Bar No. 14308
Brent L. Van Norman
Virginia State Bar No. 45956
Sonja Garrelts
Virginia State Bar No. 83226
Wendy C. McGraw
Virginia State Bar No. 37880
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com
sgarrelts@hunton.com
wmcgraw@hunton.com

Timothy J. Doyle *(pro hac vice)*
David Hashmall *(pro hac vice)*
Keith A. Zullow *(pro hac vice)*
Annemarie Hassett *(pro hac vice)*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
tdoyle@goodwinprocter.com
dhashmall@goodwinprocter.com
kzullow@goodwinprocter.com
ahassett@goodwinprocter.com

*Attorneys for Defendant, Teva Pharmaceuticals USA, Inc.*

Richard H. Ottinger
Virginia State Bar No. 38842
Dustin M. Paul
Virginia State Bar No. 75287
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510

Telephone: (757) 446-8600
Facsimile: (757) 446-8670
rottinger@vanblk.com
dpaul@vanblk.com

Ian Scott *(pro hac vice)*
Richard Ruzich
COZEN O'CONNOR
227 Park Avenue
New York, NY 10172
Telephone: (212) 908-1205
Facsimile: (646) 588-1424
iscott@cozen.com
rruzich@cozen.com

*Attorneys for Defendants, Apotex Inc. and Apotex Corp.*

William R. Poynter
Virginia State Bar No. 48672
George H. Bowles, Sr.
Virginia State Bar No. 38574
WILLIAMS MULLEN P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Telephone: (757) 499-8800
Facsimile: (858) 473-0395
wpoynter@williamsmullen.com
gbowles@williamsmullen.com

Bruce J. Boggs, Jr.
Virginia State Bar No. 29678
Matthew Fedowitz
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
Telephone: (703) 684-2500
Facsimile: (703) 684-2501
jboggs@merchantgould.com
mfedowitz@merchantgould.com

Christopher J. Sorenson *(pro hac vice)*
MERCHANT & GOULD PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 336-4645

Facsimile: (612) 332-9081
csorenson@merchantgould.com

*Attorneys for Defendant, Watson Laboratories, Inc.*

Robert W. McFarland
Virginia State Bar No. 24021
MCGUIREWOODS LLP
101 W. Main Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
rmcfarland@mcguirewoods.com

Tung-On Kong (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3000
San Francisco, CA 94105
Telephone: (415) 947-2016
Facsimile: (415) 947-2099
tkong@wsgr.com

Douglas H. Carsten *(pro hac vice)*
Joshua A.C.D. Mack *(pro hac vice)*
Elham F. Steiner *(pro hac vice)*
Wendy L. Devine *(pro hac vice)*
Peter Soo Kang *(pro hac vice)*
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399
dcarsten@wsgr.com
jmack@wsgr.com
esteiner@wsgr.com
wdevine@wsgr.com
pkang@wsgr.com

Nancy Lu Zhang
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-3073
Facsimile: (650) 565-5100
nzhang@wsgr.com

*Attorneys for Defendant, Mylan Pharmaceuticals, Inc.*

David R. Yohannan
Virginia State Bar No. 37464
Stephen R. Freeland
Virginia State Bar No. 72947
Joseph D. Wilson
Virginia State Bar No. 43693
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
dyohannan@kelleydrye.com
sfreeland@kelleydrye.com
jwilson@kelleydrye.com

Douglass C. Hochstetler *(pro hac vice)*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 357-7095
dhochstetler@kelleydrye.com

Beth D. Jacob (*pro hac vice*)
Clifford Katz (*pro hac vice*)
Barrett R. McVary (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

*Attorneys for Defendant, Lupin Pharmaceuticals, Inc.*

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100

Norfolk, VA 23510
Telephone: (757) 624-3304
Facsimile: (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com