**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC., <br> TEVA PHARMACEUTICALS USA, INC., <br> MYLAN PHARMACEUTICALS, INC., <br> WATSON LABORATORIES, INC., <br> APOTEX, INC. and <br> APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-cv-121 |

**WATSON LABORATORIES, INC.'S, LUPIN PHARMACEUTICALS, INC.'S, APOTEX INC.'S AND APOTEX CORP.'S JOINT MOTION FOR SUMMARY JUDGMENT OF <u>INVALIDITY OF U.S. PATENT NO. RE 44,048</u>**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Watson Laboratories, Inc., Lupin Pharmaceuticals, Inc., Apotex, Inc., and Apotex Corp., by counsel, respectfully move this Court for an order granting summary judgment in favor of Defendants that the RE'048 patent is invalid. The grounds and authorities in support of this motion are set forth in the Memorandum In Support of Plaintiffs' Motion For Summary Judgment of Invalidity and in the accompanying declarations and exhibits filed therewith.

Respectfully submitted,

| WATSON LABORATORIES, INC. | APOTEX INC. AND APOTEX CORP. |
|---|---|
| By: ___/s/_____ <br> William R. Poynter <br> Virginia State Bar No. 48672 <br> Counsel for Defendant <br> WILLIAMS MULLEN, P.C. <br> 999 Waterside Drive <br> Norfolk, VA 23510 | By: __/s/_____ <br> Richard H. Ottinger <br> Virginia State Bar No. 48672 <br> Counsel for Defendant <br> VANDEVENTER BLACK LLP <br> 500 World Trade Ctr <br> Norfolk, VA 23510 |

| | |
|---|---|
| Telephone: (757) 622-3366<br>Facsimile: (757) 629-0660<br>wpoynter@williamsmullen.com<br><br>Bruce Jefferson Boggs, Jr.<br>Virginia State Bar No. 29678<br>Christopher S. Sorenson *(admitted pro hac vice)*<br>Matthew L. Fedowitz<br>Virginia State Bar No. 70076<br>Counsel for Defendant<br>MERCHANT & GOULD PC<br>1701 Duke Street, Suite 310<br>Alexandria, VA 22314<br>Telephone: (703) 684-2500<br>Facsimile: (703) 684-2501<br>jboggs@merchantgould.com<br>csorenson@mercantgould.com<br>mfedowitz@merchantgould.com<br><br>LUPIN PHARMACEUTICALS, INC.<br><br>By: __/s/_____<br>Joseph D. Wilson , III<br>Virginia State Bar No. 43693<br>Counsel for Defendant<br>KELLEY DRYE & WARREN LLP<br>3050 K Street NW, Suite 400<br>Washington, DC 20007<br>Telephone: (202) 342-8400<br>Facsimile: (202) 342-8451<br>jwilson@kelleydrye.com<br><br>Barrett R. McVary *(admitted pro hac vice)*<br>Beth Jacob *(admitted pro hac vice)*<br>Clifford Katz *(admitted pro hac vice)*<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>bmcvary@kelleydrye.com<br>bjacob@kelleydrye.com<br>ckatz@kelleydrye.com<br><br>Douglass C. Hochstetler *(admitted pro hac vice)*<br>Kelley Drye & Warren LLP | Telephone: (757) 446-8600<br>Facsimile: (757) 446-8670<br>rottinger@vanblk.com<br><br>Dustin M. Paul<br>Virginia State Bar No. 75287<br>Counsel for Defendant<br>VANDEVENTER BLACK LLP<br>500 World Trade Ctr<br>Norfolk, VA 23510<br>Telephone: (757) 446-8600<br>Facsimile: (757) 446-8670<br>dpaul@vanblk.com<br><br>Ian Scott *(admitted pro hac vice)*<br>Cozen O'Connor<br>277 Park Ave<br>New York, NY 10172<br>lscott@cozen.com |

| | |
|---|---|
| 333 West Wacker Dr<br>26th Floor<br>Chicago, IL 60606<br>dhochstetler@kelleydrye.com | |

23812073_1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Aaron Stiefel *(admitted pro hac vice)*<br>Abigail Langsam *(admitted pro hac vice)*<br>Daniel P. DiNapoli *(admitted pro hac vice)*<br>Daniel L. Reisner *(admitted pro hac vice)*<br>Jeffrey T. Martin *(admitted pro hac vice)*<br>Soumitra Deka *(admitted pro hac vice)*<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598<br>astiefel@kayescholer.com<br>abigail.langsam@kayescholer.com<br>ddinapoli@kayescholer.com<br>dreisner@kayscholer.com<br>jeffrey.martin@kayescholer.com<br>sdeka@kayescholer.com<br><br>Stephen E. Noona<br>Mark E. Warmbier<br>Kaufman & Canoles PC<br>150 W Main St, Suite 2100<br>PO Box 3037<br>Norfolk, VA 23510<br>mewarmbier@kaufcan.com<br>senoona@kaufcan.com<br><br>   *Counsel for Plaintiffs, G.D. Searle, LLC and Pfizer Asia Pacific PTE, LTD.*<br><br>Robert W. McFarland<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>rmcfarland@mcguirewoods.com<br><br>Douglas H Carsten *(admitted pro hac vice)*<br>Elham F. Steiner *(admitted pro hac vice)*<br>Joshua Mack *(admitted pro hac vice)*<br>Wendy L. Devine *(admitted pro hac vice)*<br>Wilson Sonsini Goodrich & Rosati PC | Brent L. VanNorman<br>Gregory N. Stillman<br>Sonja Garrelts<br>Hunton & Williams<br>500 E Main St<br>Suite 1000<br>Norfolk, VA 23510<br>bvannorman@hunton.com<br>gstillman@hunton.com<br>sgarrelts@hunton.com<br><br>Annemarie Hassett *(admitted pro hac vice)*<br>David Hashmall *(admitted pro hac vice)*<br>Keith A. Zullow *(admitted pro hac vice)*<br>Timothy J. Doyle *(admitted pro hac vice)*<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Ave<br>New York, NY 10018-1405<br>ahassett@goodwinprocter.com<br>dhashmall@goodwinprocter.com<br>kzullow@goodwinprocter.com<br>tdoyle@goodwinprocter.com<br><br>   *Counsel for Teva Pharmaceuticals USA, Inc.*<br><br>Richard H. Ottinger<br>Dustin M. Paul<br>Vandeventer Black LLP<br>500 World Trade Ctr<br>Norfolk, VA 23510<br>rottinger@vanblk.com<br>dpaul@vanblk.com<br><br>Ian Scott *(admitted pro hac vice)*<br>Cozen O'Connor<br>277 Park Ave<br>New York, NY 10172<br>lscott@cozen.com |

| | |
|---|---|
| 12235 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>dcarsten@wsgr.com<br>esteiner@wsgr.com<br>jmack@wsgr.com<br>wdevine@wsgr.com<br><br>Tung-On Kong *(admitted pro hac vice)*<br>Wilson Sonsini Goodrich & Rosati<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>tkong@wsgr.com<br><br>*Counsel for Mylan Pharmaceuticals Inc.* | *Counsel for Apotex Inc. and Apotex Corp.*<br><br>Barrett R. McVary *(admitted pro hac vice)*<br>Beth Jacob *(admitted pro hac vice)*<br>Clifford Katz *(admitted pro hac vice)*<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178<br>bmcvary@kelleydrye.com<br>bjacob@kelleydrye.com<br>ckatz@kelleydrye.com<br><br>Douglass C. Hochstetler *(admitted pro hac vice)*<br>Kelley Drye & Warren LLP<br>333 West Wacker Dr<br>26th Floor<br>Chicago, IL 60606<br>dhochstetler@kelleydrye.com<br><br>Joseph D. Wilson , III<br>Kelley Drye & Warren LLP<br>Washington Harbour<br>3050 K Street NW<br>Suite 400<br>Washington, DC 20007<br>jwilson@kelleydrye.com<br><br>*Counsel for Lupin Pharmaceuticals, Inc.* |

By: \_\_\_/s/_____
William R. Poynter
Virginia State Bar No. 48672
Counsel for Defendant
WILLIAMS MULLEN, P.C.
999 Waterside Drive
Norfolk, VA 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660
wpoynter@williamsmullen.com

**Error! Unknown document property name.**