**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**NORFOLK DIVISION**

| | |
|---|---|
| G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD., <br><br>     Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., WATSON LABORATORIES, INC., APOTEX INC., and APOTEX CORP., <br><br>     Defendants. | CASE NO.  C.A. 2:13-CV-0121 <br><br> Judge Arenda L. Wright Allen |

**MYLAN PHARMACEUTICALS INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Mylan Pharmaceuticals Inc. ("Mylan"), by counsel, moves for summary judgment of invalidity against U.S. Reissued Patent No. RE44,048 E ("the '048 reissue patent") asserted by Plaintiffs G.D. Searle LLC and Pfizer Asia Pacific Pte. Ltd. (collectively "Pfizer"). A memorandum of points and authorities accompanies this motion.

WHEREFORE, Mylan respectfully asks the Court to grant its motion for summary judgment, dismiss this action with prejudice as to it, and award it its taxable costs.

| | |
|---|---|
| Dated:  November 22, 2013 | /s/ Robert W. McFarland |

Robert W. McFarland (VSB No. 24021)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.:(757) 640-3700
Fax:(757) 640-3971
rmcfarland@mcguirewoods.com

Douglas H. Carsten
Elham F. Steiner
Wendy L. Devine
Joshua Mack
Peter Soo Kang
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Phone:  (858) 350-2300
dcarsten@wsgr.com
esteiner@wsgr.com
wdevine@wsgr.com
jmack@wsgr.com
pkang@wsgr.com

T.O. Kong
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
tkong@wsgr.com

Nancy Zhang
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 493-9300
nzhang@wsgr.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, a true and correct copy of the foregoing was filed electronically using the CM/ECF system.  As such, this document was served on all counsel who have consented to electronic service, including as follows:

| | |
|---|---|
| Stephen E. Noona<br>Mark E. Warmbier<br>KAUFMAN & CANOLES, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, VA 23510<br>Phone: (757) 624-3000<br>senoona@kaufcan.com<br>mewarmbier@kaufcan.com | Aaron Stiefel<br>Daniel P. DiNapoli<br>Daniel Reisner<br>Soumitra Deka<br>Abigail Langsam<br>Jeffrey Martin<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Phone: (212) 836-8000<br>aaron.stiefel@kayescholer.com<br>daniel.dinapoli@kayescholer.com<br>daniel.reisner@kayescholer.com<br>soumitra.deka@kayescholer.com<br>abigail.langsam@kayescholer.com<br>jeffrey.martin@kayescholer.com |
| David M. Hashmall *(admitted pro hac vice)*<br>Annemarie Hassett *(admitted pro hac vice)*<br>Keith A. Zullow *(admitted pro hac vice)*<br>Timothy J. Doyle *(admitted pro hac vice)*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Phone: (212) 813-8800<br>dhashmall@goodwinprocter.com<br>ahassett@goodwinprocter.com<br>kzullow@goodwinprocter.com<br>tdoyle@goodwinprocter.com | Gregory N. Stillman (VSB #14308)<br>Brent L. VanNorman (VSB#45956)<br>HUNTON & WILLIAMS LLP<br>500 East Main Street, Suite 1000<br>Norfolk, VA 23510<br>Phone: (757) 640-5300<br>gstillman@hunton.com<br>bvannorman@hunton.com |
| Richard H. Ottinger<br>Dustin M. Paul<br>VANDEVENTER BLACK LLP<br>101 W. Main Street, Suite 500<br>Norfolk, VA 23510<br>Phone: (757) 446-8600<br>rottinger@vanblk.com<br>dpaul@vanblk.com | Ian Scott<br>Richard Ruzich<br>COZEN O'CONNOR<br>227 Park Avenue<br>New York, NY 10172<br>Phone: (212) 908-1205<br>iscott@cozen.com<br>rruzich@cozen.com |

| | |
|---|---|
| David R. Yohannan<br>Stephen R. Freeland<br>Joseph D. Wilson<br>KELLEY DRYE & WARREN LLP<br>3050 K Street, N.W., Suite 400<br>Washington, DC 20007<br>Phone: (202) 342-8400<br>dyohannan@kelleydrye.com<br>sfreeland@kelleydrye.com<br>jwilson@kelleydrye.com | Beth D. Jacob (pro hac vice)<br>Clifford Katz (pro hac vice)<br>Barrett R. McVary (pro hac vice)<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>Phone: (212) 808-7800<br>bjacob@kelleydrye.com<br>ckatz@kelleydrye.com<br>bmcvary@kelleydrye.com |
| Douglass C. Hochstetler<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 857-7070<br>dhochstetler@kelleydrye.com | William R. Poynter<br>George H. Bowles, Sr.<br>WILLIAMS MULLEN P.C.<br>222 Central Park Avenue, Suite 1700<br>Virginia Beach, VA 23462<br>Phone: (757) 499-8800<br>wpoynter@williamsmullen.com<br>gbowles@williamsmullen.com |
| Christopher J. Sorenson<br>MERCHANT & GOULD PC<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: (612) 336-4645<br>csorenson@merchantgould.com<br>mfedowitz@merchantgould.com | Bruce J. Boggs, Jr.<br>Matthew Fedowitz<br>MERCHANT & GOULD PC<br>1701 Duke Street, Suite 310<br>Alexandria, VA  22314<br>Phone :  (703) 684-2500<br>jboggs@merchantgould.com |

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.:(757) 640-3700
Fax:(757) 640-3971
rmcfarland@mcguirewoods.com