IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | |
|---|---|
| G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., WATSON LABORATORIES, INC., APOTEX INC., and APOTEX CORP., <br><br> Defendants. | CASE NO. No. 2:13-CV-0121 <br><br> **DECLARATION OF JOSHUA A. MACK IN SUPPORT OF MYLAN PHARMACEUTICAL INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> *Document Electronically Filed* |

I, JOSHUA A. MACK, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before the United States District Courts for the Southern District of California, Central District of California, and Northern District of California. I have been admitted pro hac vice in the above-captioned case. I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati PC, attorneys for defendants Mylan Pharmaceuticals Inc. ("Mylan") in the above captioned case.

2. A true and correct copy of the file history of U.S. Patent Application No. 08/160,594 is attached hereto as Exhibit 1.

3. A true and correct copy of U.S. Patent Application No. 08/223,629 is attached hereto as Exhibit 2.

4. A true and correct copy of excerpts from the November 5, 2013 deposition of Philip Polster II is attached hereto as Exhibit 3.

5. A true and correct copy of the October 11, 2013 expert report of Joseph F. Dellaria, Jr., Ph.D. is attached hereto as Exhibit 4. (filed under seal)

6. A true and correct copy of U.S. Patent No. 5,760,068 is attached hereto as Exhibit 5.

7. A true and correct copy of the October 11, 2013 expert report of Nancy Linck, Ph.D. is attached hereto as Exhibit 6. (filed under seal)

8. A true and correct copy of U.S. Patent No.5,521,207 is attached hereto as Exhibit 7.

9. A true and correct copy of excerpts from Section 2.0 and 3.0 of Active Ingredients Approved Animal Drug Products ("Green Book") is attached hereto as Exhibit 8.

10. A true and correct copy of the file history of U.S. Patent Application No. 08/457059 is attached hereto as Exhibit 9.

11. A true and correct copy of U.S. Patent U.S. Patent No. 5,563,165 is attached hereto as Exhibit 10.

12. A true and correct copy of excerpts from the November 1994 International Application No. PCT/US94/12720 is attached hereto as Exhibit 11. (filed under seal)

13. A true and correct copy of the published PCT application is attached hereto as Exhibit 12.

14. A true and correct copy of excerpts from the November 13, 2013 deposition of Arthur Dean Olson is attached hereto as Exhibit 13.

15. A true and correct copy of excerpts from the Manual of Patent Examination Procedure Fifth ed. Rev. 16 (March 1994), Appendix T titled Patent Cooperation Treaty is attached hereto as Exhibit 14.

16. A true and correct copy of U.S. Patent Application No. 08/648,113 is attached hereto as Exhibit 15.

17. A true and correct copy of the Notification of Acceptance under 35 U.S.C. 371 from the file history of U.S. Patent Application No. 08/648,113 is attached hereto as Exhibit 16.

18. A true and correct copy of the October 10, 1996 preliminary amendment filed with U.S. Patent Application No. 08/648,113 is attached hereto as Exhibit 17.

19. A true and correct copy of the complaint in *Pfizer Inc. v. Teva Pharm. USA, Inc.*, Civil Action No. 04-754 (JCL) (D.N.J.) is attached hereto as Exhibit 18.

20. A true and correct copy of the Final Pretrial Order in *Pfizer Inc. v. Teva Pharm. USA, Inc.*, Civil Action No. 04-754 (JCL) (D.N.J.) is attached hereto as Exhibit 19.

21. A true and correct copy of the June 22, 2006 expert report of James W. McGinity, Ph.D. is attached hereto as Exhibit 20. (filed under seal)

22. A true and correct copy of an exhibit marked as Bulock 1 during the November 13, 2013 deposition of Joseph W. Bulock is attached hereto as Exhibit 21.

23. A true and correct copy of the Reissue Application Declaration Accompanying U.S. Reissue Patent Application No. 12/205,319 is attached hereto as Exhibit 22.

24. A true and correct copy of the December 3, 2009 Non-Final Rejection in the prosecution history of U.S. Reissue Patent Application No. 12/205,319 is attached hereto as Exhibit 23.

25. A true and correct copy of the September 22, 2010 Final Rejection in the prosecution history of U.S. Reissue Patent Application No. 12/205,319 is attached hereto as Exhibit 24.

26. A true and correct copy of the March 10, 2011 Request for Continued Examination in the prosecution history of U.S. Reissue Patent Application No. 12/205,319 is attached hereto as Exhibit 25.

27. A true and correct copy of the July 19, 2011 Statement of Substance of the Interview in the prosecution history of U.S. Reissue Patent Application No. 12/205,319 is attached hereto Exhibit 26.

28. A true and correct copy of excerpts from the July 10, 2012 Notice of Allowance in the prosecution history of U.S. Reissue Patent Application No. 12/205,319 is attached hereto as Exhibit 27.

29. A true and correct copy of U.S. Reissue Patent No. 44,048 is attached hereto as Exhibit 28.

30. A true and correct copy of the September 18, 2013 declaration of James A. Simon, M.D. is attached hereto as Exhibit 29.

31. A true and correct copy of the October 11, 2013 expert report of Bruce R. Carr, M.D. is attached hereto as Exhibit 30.

32. A true and correct copy of the November 15, 2013 expert report of James A. Simon, M.D. is attached hereto as Exhibit 31. (filed under seal)

33.	A true and correct copy of the November 15, 2013 expert report of Robert J. Spar is attached hereto as Exhibit 32.

34.	A true and correct copy of the November 22, 2013 declaration of Bruce R. Carr, MD accompanying Exhibit A, a copy of his October 11, 2013 expert report, is attached hereto as Exhibit 33.

35.	A true and correct copy of the November 21, 2013 declaration of Joseph F. Dellaria, Jr., Ph.D. accompanying Exhibit A, a copy of his October 11, 2013 expert report, is attached hereto as Exhibit 34. (filed under seal)

36.	A true and correct copy of the November 22, 2013 declaration of Nancy Linck, Ph.D. accompanying Exhibit A, a copy of her October 11, 2013 expert report, is attached hereto as Exhibit 35. (filed under seal)

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 22, 2013

_____
Joshua A. Mack

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, a true and correct copy of the foregoing was filed electronically using the CM/ECF system.  As such, this document was served on all counsel who have consented to electronic service, including as follows:

Stephen E. Noona
Mark E. Warmbier
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
senoona@kaufcan.com
mewarmbier@kaufcan.com

Aaron Stiefel
Daniel P. DiNapoli
Daniel Reisner
Soumitra Deka
Abigail Langsam
Jeffrey Martin
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8000
aaron.stiefel@kayescholer.com
daniel.dinapoli@kayescholer.com
daniel.reisner@kayescholer.com
soumitra.deka@kayescholer.com
abigail.langsam@kayescholer.com
jeffrey.martin@kayescholer.com

David M. Hashmall *(admitted pro hac vice)*
Annemarie Hassett *(admitted pro hac vice)*
Keith A. Zullow *(admitted pro hac vice)*
Timothy J. Doyle *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 813-8800
dhashmall@goodwinprocter.com
ahassett@goodwinprocter.com
kzullow@goodwinprocter.com
tdoyle@goodwinprocter.com

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB#45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Phone: (757) 640-5300
gstillman@hunton.com
bvannorman@hunton.com

Richard H. Ottinger
Dustin M. Paul
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: (757) 446-8600
rottinger@vanblk.com
dpaul@vanblk.com

Ian Scott
Richard Ruzich
COZEN O'CONNOR
227 Park Avenue
New York, NY 10172
Phone: (212) 908-1205
iscott@cozen.com
rruzich@cozen.com

David R. Yohannan
Stephen R. Freeland
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
Phone: (202) 342-8400
dyohannan@kelleydrye.com
sfreeland@kelleydrye.com
jwilson@kelleydrye.com

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Phone: (312) 857-7070
dhochstetler@kelleydrye.com

Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 336-4645
csorenson@merchantgould.com
mfedowitz@merchantgould.com

Beth D. Jacob (pro hac vice)
Clifford Katz (pro hac vice)
Barrett R. McVary (pro hac vice)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

William R. Poynter
George H. Bowles, Sr.
WILLIAMS MULLEN P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Phone: (757) 499-8800
wpoynter@williamsmullen.com
gbowles@williamsmullen.com

Bruce J. Boggs, Jr.
Matthew Fedowitz
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA  22314
Phone :  (703) 684-2500
jboggs@merchantgould.com

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.:(757) 640-3700
Fax:(757) 640-3971
rmcfarland@mcguirewoods.com