**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD., | |
| Plaintiffs, | Civil Action No. 2:13-cv-0121-AWA-LRL |
| v. | |
| LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., WATSON LABORATORIES, INC., APOTEX INC., and APOTEX CORP., | |
| Defendants. | |

**JOINT MOTION FOR A DEFERRED SCHEDULE**
**FOR POST-JUDGMENT SUBMISSIONS**

NOW COME Defendants Lupin Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals Inc., Watson Laboratories, Inc., Apotex, Inc. and Apotex Corp. (collectively, "Defendants"), by counsel and for the reasons set forth in their Memorandum in Support, filed simultaneously herewith, move this Court for entry of an Order setting an extended schedule for post-judgment submissions regarding bills of costs and motions for attorneys' fees, until after conclusion of any appeal in this action.

Dated: March 27, 2014

Respectfully submitted,

Douglas H. Carsten
Elham F. Steiner
Wendy L. Devine
Joshua Mack
Peter Soo Kang
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Phone: (858) 350-2300
dcarsten@wsgr.com
esteiner@wsgr.com
wdevine@wsgr.com
jmack@wsgr.com
pkang@wsgr.com

T.O. Kong
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
tkong@wsgr.com

Nancy Zhang
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 493-9300
nzhang@wsgr.com

By:/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
Sarah K. McConaughy (VSB No. 80674)
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel: (757) 640-3700
Fax : (757) 640-3971
rmcfarland@mcguirewoods.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

\_/s/_____
Stephen R. Freeland
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
Phone: (202) 342-8400
sfreeland@kelleydrye.com
jwilson@kelleydrye.com

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Phone: (312) 857-7070
dhochstetler@kelleydrye.com

Beth D. Jacob (pro hac vice)
Clifford Katz (pro hac vice)
Barrett R. McVary (pro hac vice)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

*Attorneys for Lupin Pharmaceuticals, Inc.*

\_/s/_____
David M. Hashmall *(admitted pro hac vice)*
Annemarie Hassett *(admitted pro hac vice)*
Keith A. Zullow *(admitted pro hac vice)*
Timothy J. Doyle *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 813-8800
dhashmall@goodwinprocter.com
ahassett@goodwinprocter.com
kzullow@goodwinprocter.com
tdoyle@goodwinprocter.com

Gregory N. Stillman (VSB #14308)
Wendy C. McGraw (VSB#37880)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Phone: (757) 640-5300
gstillman@hunton.com
wmcgraw@hunton.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

/s/_____
William R. Poynter
Kaleo Legal
4456 Corporation lane
Suite 345
Virginia Beach, VA 23452
(757) 238-6383
Fax: (757) 304-6175
Email: wpoynter@kaleolegal.com


Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 336-4645
csorenson@merchantgould.com
mfedowitz@merchantgould.com



_/s/_____
Richard H. Ottinger
Dustin M. Paul
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: (757) 446-8600
rottinger@vanblk.com
dpaul@vanblk.com

*Attorneys for Apotex, Inc. and Apotex Corp.*

Bruce J. Boggs, Jr.
Matthew Fedowitz
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA  22314
Phone :  (703) 684-2500
jboggs@merchantgould.com




*Attorneys for Watson Laboratories, Inc.*




Richard T. Ruzich *(pro hac vice)*
Stephen R. Auten
Joseph Bennett-Paris
Philip Y. Kouyoumdjian
Ian Scott
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
rruzich@taftlaw.com
sauten@taftlaw.com
JBennettParis@taftlaw.com
pkouyoumdjian@taftlaw.com
iscott@taftlaw.com

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, a true and correct copy of the foregoing was filed

electronically using the CM/ECF system.  As such, this document was served on all counsel who

have consented to electronic service, including as follows:

Stephen E. Noona
Mark E. Warmbier
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
senoona@kaufcan.com
mewarmbier@kaufcan.com

Aaron Stiefel
Daniel P. DiNapoli
Daniel Reisner
Soumitra Deka
Abigail Langsam
Jeffrey Martin
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8000
aaron.stiefel@kayescholer.com
daniel.dinapoli@kayescholer.com
daniel.reisner@kayescholer.com
soumitra.deka@kayescholer.com
abigail.langsam@kayescholer.com
jeffrey.martin@kayescholer.com

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.:(757) 640-3700
Fax:(757) 640-3971
rmcfarland@mcguirewoods.com

55382461_1