**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., WATSON LABORATORIES, INC., APOTEX INC., and APOTEX CORP., <br><br> Defendants. | Civil Action No. 2:13-cv-0121-AWA-LRL |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR A DEFERRED SCHEDULE FOR POST-JUDGMENT SUBMISSIONS**

Defendants Lupin Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals Inc., Watson Laboratories, Inc., Apotex, Inc. and Apotex Corp. (collectively, "Defendants") file this memorandum in support of their Joint Motion for a Deferred Schedule for Post-Judgment Submissions ("Joint Motion"), which asks the Court for an Order setting an extended schedule for post-judgment submissions. In support of their Joint Motion, Defendants' state as follows:

Pursuant to Federal Rule of Civil Procedure 54(d), Local Civil Rule 54(D), and 28 U.S.C. § 1920, Defendants are required to submit bills of costs within eleven (11) days from the entry of judgment, unless such time is extended by order of the Court.

Additionally, Defendants are required to file any motion for attorney's fees pursuant to Federal Rule of Civil Procedure 54(d)(2), including a motion for a determination that this is an exceptional case pursuant to 35 U.S.C. § 285, or that Defendants are entitled to attorneys' fees and

costs pursuant to any other statute or under the Court's inherent authority, within fourteen (14) days from the entry of judgment, unless such time is extended by order of the Court.

Defendants seek an Order deferring the above-listed deadlines applicable to the post-judgment submissions until after the conclusion of all proceedings in this matter, including all appeals. The Defendants seek this extended schedule because it is likely that Plaintiffs will seek to appeal this Court's final judgment order. Deferring the deadlines for the above-referenced post-judgment submissions until after the conclusion of all proceedings in this matter, including all appeals, will conserve judicial resources and will be more efficient for the Court; it will also avoid unnecessary and/or premature filings as, at a minimum, Defendants' submissions will need to be updated after determination of an appeal. In that respect, Defendants propose that if an appeal is noted, the prevailing party(ies) be required to submit its requests for costs and/or attorneys' fees within thirty days after the decision on appeal is final and takes effect. In the event Plaintiffs do not notice an appeal from the Court's final judgment order, Defendants propose they be required to submit their bills of costs and any petitions for attorneys' fees within thirty (30) days after the date by which Plaintiffs' time to note an appeal expired.

Accordingly, the Defendants seek an Order that defers the timetable for submission of bills of costs pursuant to Federal Rule of Civil Procedure 54(d), Local Civil Rule 54(D), and 28 U.S.C. § 1920, and for any petitions for attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(2), including a motion for a determination that this is an exceptional case pursuant to 35 U.S.C. § 285, until after the conclusion of all proceedings in this matter, including all appeals.

The Court has struck all previously scheduled dates, including the trial, so the requested extension will not result in an undue delay of any presently scheduled proceedings.

Dated: March 27, 2014

OF COUNSEL:

Douglas H. Carsten
Elham F. Steiner
Wendy L. Devine
Joshua Mack
Peter Soo Kang
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, CA 92130
Phone: (858) 350-2300
dcarsten@wsgr.com
esteiner@wsgr.com
wdevine@wsgr.com
jmack@wsgr.com
pkang@wsgr.com

T.O. Kong
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
tkong@wsgr.com

Nancy Zhang
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 493-9300
nzhang@wsgr.com

Respectfully submitted,

MCGUIRE WOODS  LLP


By:/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
Sarah K. McConaughy (VSB No. 80674)
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel: (757) 640-3700
Fax : (757) 640-3971
rmcfarland@mcguirewoods.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

/s/_____
Stephen R. Freeland
Joseph D. Wilson
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
Phone: (202) 342-8400
sfreeland@kelleydrye.com
jwilson@kelleydrye.com

Beth D. Jacob (pro hac vice)
Clifford Katz (pro hac vice)
Barrett R. McVary (pro hac vice)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Phone: (312) 857-7070
dhochstetler@kelleydrye.com

*Attorneys for Lupin Pharmaceuticals, Inc.*

/s/_____
David M. Hashmall *(admitted pro hac vice)*
Annemarie Hassett *(admitted pro hac vice)*
Keith A. Zullow *(admitted pro hac vice)*
Timothy J. Doyle *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 813-8800
dhashmall@goodwinprocter.com
ahassett@goodwinprocter.com
kzullow@goodwinprocter.com
tdoyle@goodwinprocter.com

Gregory N. Stillman (VSB #14308)
Wendy C. McGraw (VSB#37880)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Phone: (757) 640-5300
gstillman@hunton.com
wmcgraw@hunton.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

/s/_____  
William R. Poynter  
Kaleo Legal  
4456 Corporation lane  
Suite 345  
Virginia Beach, VA 23452  
(757) 238-6383  
Fax: (757) 304-6175  
Email: wpoynter@kaleolegal.com  

Christopher J. Sorenson  
MERCHANT & GOULD PC  
3200 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402  
Phone: (612) 336-4645  
csorenson@merchantgould.com  
mfedowitz@merchantgould.com  

_/s/_____  
Richard H. Ottinger  
Dustin M. Paul  
VANDEVENTER BLACK LLP  
101 W. Main Street, Suite 500  
Norfolk, VA 23510  
Phone: (757) 446-8600  
rottinger@vanblk.com  
dpaul@vanblk.com  

*Attorneys for Apotex, Inc. and Apotex Corp.*

Bruce J. Boggs, Jr.  
Matthew Fedowitz  
MERCHANT & GOULD PC  
1701 Duke Street, Suite 310  
Alexandria, VA  22314  
Phone :  (703) 684-2500  
jboggs@merchantgould.com  

*Attorneys for Watson Laboratories, Inc.*

Richard T. Ruzich *(pro hac vice)*  
Stephen R. Auten  
Joseph Bennett-Paris  
Philip Y. Kouyoumdjian  
Ian Scott  
TAFT STETTINIUS & HOLLISTER LLP  
111 E. Wacker Drive, Suite 2800  
Chicago, IL 60601  
Telephone: (312) 527-4000  
Facsimile: (312) 527-4011  
rruzich@taftlaw.com  
sauten@taftlaw.com  
JBennettParis@taftlaw.com  
pkouyoumdjian@taftlaw.com  
iscott@taftlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2014, a true and correct copy of the foregoing was filed electronically using the CM/ECF system.  As such, this document was served on all counsel who have consented to electronic service, including as follows:

Stephen E. Noona
Mark E. Warmbier
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
senoona@kaufcan.com
mewarmbier@kaufcan.com

Aaron Stiefel
Daniel P. DiNapoli
Daniel Reisner
Soumitra Deka
Abigail Langsam
Jeffrey Martin
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8000
aaron.stiefel@kayescholer.com
daniel.dinapoli@kayescholer.com
daniel.reisner@kayescholer.com
soumitra.deka@kayescholer.com
abigail.langsam@kayescholer.com
jeffrey.martin@kayescholer.com

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.:(757) 640-3700
Fax:(757) 640-3971
rmcfarland@mcguirewoods.com

55336008_1