IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| G.D. SEARLE LLC and PFIZER ASIA PACIFIC PTE. LTD.,<br><br>                         Plaintiffs,<br><br>          v.<br><br>LUPIN PHARMACEUTICALS, INC.,<br>TEVA PHARMACEUTICALS USA, INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>WATSON LABORATORIES, INC.,<br>APOTEX INC., and<br>APOTEX CORP.,<br><br>                         Defendants. | Civil Action No.  2:13-cv-121 |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED**
<u>**FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)**</u>

Plaintiffs G.D. Searle LLC and Pfizer Asia Pacific Pte. Ltd. (collectively, "Pfizer") submit these objections to the proposed Final Judgment Under Fed. R. Civ. P. 54(b) filed in the above-captioned case (Doc. 357-1) by defendants Lupin Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Mylan Pharmaceuticals Inc., Watson Laboratories, Inc., Apotex, Inc., and Apotex Corp. (collectively, "Defendants").

Pursuant to the Order of this Court entered on March 12, 2014 (Doc. 351), Pfizer submitted a proposed judgment stating that the '048 patent is invalid under 35 U.S.C. § 251 and on the basis of obviousness-type double patenting and denying Pfizer's request for an injunction pursuant to 35 U.S.C. § 271.  (Doc. 353, Ex. 1).

Pfizer objects to Defendants' proposed judgment (Doc. 357-1) on several grounds.

First, paragraphs 5 and 6 of Defendants' proposed judgment contain statements related solely to the timing of post-judgment submissions on costs and attorneys' fees, which are governed by Fed. R. Civ. P. 54(d).  (Doc. 357-1).  As such, the timing of those post-judgment submissions is not properly a subject of the judgment and should not be contained in any document entered by the Clerk.  Moreover, Defendants have filed a separate motion seeking an extension of the time for post-judgment submissions which this Court should take up and decide separately.  (Joint Mot. for a Deferred Schedule for Post-Judgment Submissions) (Doc. 355).

Second, there is no basis for Defendants' proposed judgment to be styled as a judgment under Fed. R. Civ. P. 54(b).  As set forth in Rule 54(b):

> When an action presents more than one claim for relief—whether as a claim, counterclaim, cross-claim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

The purpose of a Rule 54(b) judgment is "to prevent piecemeal appeals when multiple claims are resolved in the course of a single lawsuit" and to "provide relief to litigants that would suffer undue hardship if final judgment is not entered on the adjudicated claim prior to the resolution of the unadjudicated claims." *Braswell Shipyards, Inc. v. Beazer East, Inc.*, 2 F.3d 1331, 1334 (4th Cir. 1993).  In this case, while Defendants' seek a proposed judgment under Rule 54(b), Defendants have not identified what, if any, claims remain to be adjudicated by the Court.  Accordingly, Pfizer objects that there is no basis for the statements in paragraph 4 of Defendants' proposed judgment (Doc. 357-1) and there is no basis for entry of Defendants' proposed judgment as styled under Rule 54(b).

Finally, Pfizer objects to the inclusion of the following language at the end of paragraph 3 of Defendants' proposed judgment: "Defendants' accused products cannot infringe the '048 patent." (*See* Doc. 357-1).  This language is ambiguous and unnecessary in view of the rest of paragraph 3 of Defendants' proposed judgment:  "Because the '048 patent is invalid, Plaintiffs' Complaint is dismissed with prejudice, Plaintiffs' request for an injunction pursuant to 35 U.S.C. § 271 is denied." (*See* Doc. 357-1).  Moreover, as noted in the Court's summary judgment decision, "Defendants acknowledge that selling their generic celecoxib products together with their proposed package inserts would induce users to directly infringe claims 19-25 of the '048 patent.  There exists no *genuine* dispute as to Defendants' specific intent to induce infringement."  (Order 17 n. 6) (Doc. 355).

For these reasons, Pfizer respectfully requests that the Court enter Pfizer's proposed judgment (Doc. 353-1).

Dated:  April 2, 2014

Respectfully submitted,

  */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com

Aaron Stiefel *(pro hac vice)*
Daniel P. DiNapoli *(pro hac vice)*
Daniel Reisner *(pro hac vice)*
Soumitra Deka *(pro hac vice)*
Abigail Langsam *(pro hac vice)*
Jeffrey T. Martin *(pro hac vice)*
David M. Harris *(pro hac vice)*

          Katherine G. O'Brien *(pro hac vice)*
          Benjamin Chia-Ho Hsing *(pro hac vice)*
          K<small>AYE</small> S<small>CHOLER</small> LLP
          425 Park Avenue
          New York, NY 10022
          Telephone:  (212) 836-8000
          Facsimile:  (212) 836-8689
          aaron.stiefel@kayescholer.com
          daniel.dinapoli@kayescholer.com
          daniel.reisner@kayescholer.com
          soumitra.deka@kayescholer.com
          abigail.langsam@kayescholer.com
          Jeffrey.martin@kayescholer.com
          David.harris@kayescholer.com
          Katherine.obrien@kayescholer.com
          bhsing@kayescholer.com

          *Attorneys for Plaintiffs G.D. Searle LLC*
          *and Pfizer Asia Pacific Pte. Ltd.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to:

Gregory N. Stillman
Virginia State Bar No. 14308
Sonja Garrelts
Virginia State Bar No. 83226
Wendy C. McGraw
Virginia State Bar No. 37880
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA  23510
Telephone:  (757) 640-5300
Facsimile:  (757) 65-7720
gstillman@hunton.com
sgarrelts@hunton.com
wmcgraw@hunton.com

Timothy J. Doyle *(pro hac vice)*
David Hashmall *(pro hac vice)*
Keith A. Zullow *(pro hac vice)*
Annemarie Hassett *(pro hac vice)*
Steven Joseph Bernstein *(pro hac vice)*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 813-8800
Facsimile:  (212) 355-3333
tdoyle@goodwinprocter.com
dhashmall@goodwinprocter.com
kzullow@goodwinprocter.com
ahassett@goodwinprocter.com
sbernstein@goodwinprocter.com

*Attorneys for Defendant, Teva Pharmaceuticals USA, Inc.*

Richard H. Ottinger
Virginia State Bar No. 38842
Dustin M. Paul
Virginia State Bar No. 75287
V<span>ANDEVENTER</span> B<span>LACK</span> LLP
101 W. Main Street, Suite 500
Norfolk, VA  23510
Telephone:  (757) 446-8600
Facsimile:  (757) 446-8670
rottinger@vanblk.com
dpaul@vanblk.com

Richard T. Ruzich *(pro hac vice)*
Stephen R. Auten
Joseph Bennett-Paris
Philip Y. Kouyoumdjian
T<span>AFT</span> S<span>TETTINIUS</span> & H<span>OLLISTER</span> LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011
rruzich@taftlaw.com
sauten@taftlaw.com
JBennettParis@taftlaw.com
pkouyoumdjian@taftlaw.com

*Attorneys for Defendants, Apotex Inc. and Apotex Corp.*

William R. Poynter
Virginia State Bar No. 48672
K<span>ALEO</span> L<span>EGAL</span>
4456 Corporation Lane, Suite 345
Virginia Beach, VA  23452
Telephone:  (757) 238-6383
Facsimile:  (757) 304-6175
wpoynter@kaleolegal.com

George H. Bowles, Sr.
Virginia State Bar No. 38574
W<span>ILLIAMS</span> M<span>ULLEN</span> P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA  23462
Telephone:  (757) 499-8800
Facsimile:  (858) 473-0395
wpoynter@williamsmullen.com
gbowles@williamsmullen.com

Bruce J. Boggs, Jr.
Virginia State Bar No. 29678
Matthew Fedowitz
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
Telephone: (703) 684-2500
Facsimile: (703) 684-2501
jboggs@merchantgould.com
mfedowitz@merchantgould.com

Christopher J. Sorenson *(pro hac vice)*
Rachel C. Hughey *(pro hac vice)*
MERCHANT & GOULD PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 336-4645
Facsimile: (612) 332-9081
csorenson@merchantgould.com
rhughey@merchantgould.com

*Attorneys for Defendant, Watson Laboratories, Inc.*

Robert W. McFarland
Virginia State Bar No. 24021
MCGUIREWOODS LLP
101 W. Main Street, Suite 900
Norfolk, VA 23510
Telephone: (757) 640-3716
Facsimile: (757) 640-3966
rmcfarland@mcguirewoods.com

Tung-On Kong (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3000
San Francisco, CA 94105
Telephone: (415) 947-2016
Facsimile: (415) 947-2099
tkong@wsgr.com

Douglas H. Carsten *(pro hac vice)*
Joshua A.C.D. Mack *(pro hac vice)*
Elham F. Steiner *(pro hac vice)*
Wendy L. Devine *(pro hac vice)*
Peter Soo Kang *(pro hac vice)*
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA  92130
Telephone:  (858) 350-2300
Facsimile:  (858) 350-2399
dcarsten@wsgr.com
jmack@wsgr.com
esteiner@wsgr.com
wdevine@wsgr.com
pkang@wsgr.com

Nancy Lu Zhang
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 849-3073
Facsimile:  (650) 565-5100
nzhang@wsgr.com

*Attorneys for Defendant, Mylan Pharmaceuticals, Inc.*

David R. Yohannan
Virginia State Bar No. 37464
Stephen R. Freeland
Virginia State Bar No. 72947
Joseph D. Wilson
Virginia State Bar No. 43693
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC  20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451
dyohannan@kelleydrye.com
sfreeland@kelleydrye.com
jwilson@kelleydrye.com

Douglass C. Hochstetler *(pro hac vice)*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL  60606
Telephone:  (312) 857-7070
Facsimile:  (312) 357-7095
dhochstetler@kelleydrye.com

Beth D. Jacob (*pro hac vice*)
Clifford Katz (*pro hac vice*)
Barrett R. McVary (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

*Attorneys for Defendant, Lupin Pharmaceuticals, Inc.*

                            /s/ Stephen E. Noona
                            Stephen E. Noona
                            Virginia State Bar No. 25367
                            Mark E. Warmbier
                            Virginia State Bar No. 77993
                            KAUFMAN & CANOLES, P.C.
                            150 W. Main Street, Suite 2100
                            Norfolk, VA 23510
                            Telephone:  (757) 624-3304
                            Facsimile:  (757) 624-3169
                            senoona@kaufcan.com
                            mewarmbier@kaufcan.com